5:22-CV-152-BJB

Mitchell vs. Probation & Parole and Officer Alexi Collom

I've had Alexi Collom as a Parole and a Probation officer since 2019. She has deliberately discriminated on me on more than one occasion. The law is up to 3 sanctions for Probationers and Parolees. She has not once offered to sanction me. She has been very impartial to me. And so has Probation & Parole for not allowing me a different officer. I'm asking for 95,000 or $975.00 dollars per month for the next 4 years.

Cindy Mitchell

FILED
JAMES J. VILT, JR. - CLERK
NOV 03 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY