UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

CINDY MITCHELL                                                                         PLAINTIFF

v.                                              CIVIL ACTION NO. 5:22-cv-152-BJB

PROBATION AND PAROLE et al.                             DEFENDANTS

## ORDER FOR PAYMENT OF INMATE FILING FEE

Plaintiff filed a prisoner application to proceed without prepayment of fees with a prison trust account statement. Upon review, the Court **GRANTS** the application (DNs 5 and 6). Pursuant to 28 U.S.C. § 1915(b)(1), however, Plaintiff is required to pay the statutory filing fee under an installment plan. *See McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997) ("When an inmate seeks pauper status, the only issue is whether the inmate pays the entire fee at the initiation of the proceeding or over a period of time under an installment plan."), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007).

An initial partial filing fee of **$34.89** will be assessed by this Order. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to her trust account. To accomplish collection, the **McCRACKEN COUNTY JAIL (MCJ)** is required to send to the Clerk of the Court the initial partial filing fee, and thereafter to send payments from Plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The Court further **ORDERS** that:

1. The **MCJ** shall collect from Plaintiff's prison trust account an initial partial filing fee in the amount of **$34.89** and shall forward the amount to the Clerk of the Court. The MCJ should clearly identify this payment with Plaintiff's name, Inmate Identification Number, and case number.

2. Thereafter, the **MCJ** shall collect the **$315.11** balance of the filing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to her trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2).

3. The MCJ need not issue separate checks for individual Plaintiffs. Payment may be forwarded by the MCJ in a single check for all Plaintiffs in its custody. However, the MCJ must clearly delineate each prisoner, his/her case number, his/her Inmate Identification Number, and the amount to be paid on a ledger accompanying each payment from the MCJ.

4. All payments shall be made payable to **Clerk, U.S. District Court** and sent to the following address:

>   Office of the Clerk
>   United States District Court
>   Western District of Kentucky
>   601 West Broadway, Ste. 106
>   Louisville, Kentucky 40202-2249

5. **The Court directs the Clerk to open an account** for the payment of the filing fee in this action.

Having addressed the filing fee issue, the Court must now undertake a preliminary review of Plaintiff's complaint under 28 U.S.C. § 1915A. Once the review is complete, an Order will be entered informing the parties of what steps, if any, must be taken.

Date: January 4, 2023

ENTERED BY ORDER OF COURT:

JUDGE BENJAMIN BEATON
UNITED STATES DISTRICT COURT

JAMES J. VILT, JR., CLERK

s/ James J. Vilt, Jr.

cc: Plaintiff, *pro se*
Financial Section, USDC, WDKY
MCJ, Attn: Inmate Accounts
B213.009